**Petition of REGINELLI.**
No. 4588.
United States District Court
New Jersey.
Oct. 11, 1949.

600

Anthony A. Calandra, Newark, N. J., for petitioner.

Thomas. J. McKeghney, Immigration & Naturalization Service, Philadelphia, Pa., for United States.

FAKE, Chief Judge.

It appears that the petitioner applied for naturalization on October 10, 1944. That in the year 1942 petitioner was convicted of a violation of the Mann Act, 18 U.S.C.A. § 2421 et seq., and sentenced to a term of six months imprisonment. Thus it appears that within the five year period during which a clear record must be shown, this conviction rises up to stay the hand of the Court in granting the petition. While it is true the conviction was for a non-commercial violation, it further appears that this petitioner has had many close escapes from the clutches of the law, and that his only means of support is that of a gambler. On the face of the record I find he was not of good moral character because of the conviction above mentioned.

The petition is denied.